IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

DONALD SOUSA,

        **Plaintiff,**

vs.                                              CIVIL NO. 23-811 GBW/JFR

CHIPOTLE SERVICES, LLC,

        **Defendant.**

## FIRST AMENDED COMPLAINT FOR VIOLATIONS OF THE NEW MEXICO HUMAN RIGHTS ACT

Plaintiff Donald J. Sousa, ("Plaintiff" or "Mr. Sousa"), by and through his counsel of record, Jones Law Firm, LLC (Alexandra W. Jones and Ryne P. Smith), files his First Amended Complaint to correct the spelling of the Defendants names. Plaintiff named Chipotle Mexican Grill as the Defendant, however, counsel for Defendant have informed counsel for Plaintiff that the correct name is Chipotle Services, LLC. Plaintiff further realleges as follows:

### PARTIES, JURISDICTION, AND VENUE

1. Plaintiff resides in Sandoval County, New Mexico.

2. Defendant Chipotle Services, LCC ("Defendant" or "Chipotle") is a corporation that conducts business in Sandoval County, New Mexico.

3. This Court has jurisdiction over this matter pursuant to NMSA 1978, § 38-3-1(A).

4. Venue is proper in this court, as a significant portion of the unlawful acts occurred in this District and the Defendant conducts business in this District.

### FACTUAL ALLEGATIONS

5. Plaintiff is a 57-year-old male who has been employed in the food service industry for over 40 years.

6. Plaintiff was hired by Defendant as a Field Leader on or around June 1, 2019.

7. Plaintiff was terminated from his position in March 2022, without any prior warning or disciplinary action.

8. On the day of Plaintiff's termination, Defendant provided Plaintiff with two written warnings and a termination letter simultaneously.

9. Defendant provided alleged reasons for Plaintiff's termination, including poor performance, that were both pretextual and unsupported.

10. Four-to-six weeks prior to Plaintiff's termination, Plaintiff was recognized by Defendant as a top performer with the company.

11. After Plaintiff's termination, Defendant filled Plaintiff's former position with a woman in her late 20s who previously worked as a Training Store Manager in another city.

12. Plaintiff's termination caused him severe financial, personal, and mental distress.

**COUNT I: VIOLATION OF THE NEW MEXICO HUMAN RIGHTS ACT**

13. Plaintiff incorporates the foregoing paragraphs as though fully restated herein.

14. Defendant engaged in unlawful discriminatory practice by discriminating against Plaintiff on the basis of age, in violation of the New Mexico Human Rights Act, NMSA 1978, § 28-1-7(A).

15. Defendant wrongfully terminated Plaintiff's employment to allow Defendant to hire a younger employee instead.

16. Defendant's allegations of poor performance are inconsistent with the recognition Plaintiff received for high performance just one month prior to his termination, indicating the reason for his dismissal was pretextual.

17. Plaintiff's abrupt termination, issuance of written warnings at the time of dismissal, and immediate replacement with a significantly younger employee are indicative of age discrimination.

18. As a result of Defendant's unlawful actions, Plaintiff suffered and continues to suffer significant financial loss, emotional distress, and loss of enjoyment of life.

WHEREFORE, Plaintiff prays the Court enter judgment in favor of Plaintiff and against Defendant, and enter an award for lost wages, compensatory damages, punitive damages, pre- and post-judgment interest, reasonable attorneys' fees, and any such other and further relief as this Court may deem just and proper.

Respectfully submitted:

JONES LAW FIRM, LLC

By: /s/ Alexandra W. Jones /s/
Alexandra W. Jones
Ryne P. Smith
8205 Spain Rd NE, Suite 111
Albuquerque, NM 87109
P: (505) 248-1400
F: (505) 557-3925
ajones@joneslawabq.com
rsmith@joneslawabq.com
*Attorneys for Plaintiff*